# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700180770356

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 12:57 pm on April 17, 2025 in LOS ANGELES, CA 90012.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered

**Delivered, Left with Individual**

LOS ANGELES, CA 90012
April 17, 2025, 12:57 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

**Track Another Package**

Track Another Package

[ Enter tracking or barcode numbers ]



LAW OFFICES OF STACY TOLCHIN
776 E. Green St. Suite 210
Pasadena, CA 91101

Civil Process Clerk
Office of the United States Attorney
Civil Division
300 North Los Angeles Street
Room 7516
Los Angeles, CA 90012

USPS Tracking®  FAQs >

Remove X

**Tracking Number:**

**9589071052700180770318**

Copy           Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 5:00 am on April 22, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
April 22, 2025, 5:00 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                    ∨

USPS Tracking Plus®                                                     ∨

Product Information                                                     ∨

See Less ∧

**Track Another Package**

[ Enter tracking or barcode numbers ]

Feedback



LAW OFFICES OF STACY TOLCHIN
776 E. GREEN ST. SUITE 210
PASADENA, CA 91101

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

USPS Tracking®

FAQs >

Remove X

Tracking Number:

**9589071052700180770325**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 11:53 am on April 21, 2025 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

**Delivered**
**Delivered, Left with Individual**
WASHINGTON, DC 20528
April 21, 2025, 11:53 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers



LAW OFFICES OF STACY TOLCHIN
776 E. GREEN ST. SUITE 210
PASADENA, CA 91101

U.S. DEPARTMENT OF HOMELAND SECURITY
Office of the General Counsel, 245 Murray Lane SW.,
Mail Stop 0485
Washington, DC 20528

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052700180770332

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 11:51 am on April 21, 2025 in WASHINGTON, DC 20536.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

**Delivered**

**Delivered, Left with Individual**

WASHINGTON, DC 20536
April 21, 2025, 11:51 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

US POSTAGE Pitney Bowes
$ 008.00
APR 11 25
ZIP 91101
02 7H
0006124852

FIRST-CLASS

CERTIFIED MAIL

9589 0710 5270 0180 7703 32

LAW OFFICES OF STACY TOLCHIN
776 E. GREEN ST. SUITE 210
PASADENA, CA 91101

Todd Lyons
Acting Director ICE
500 12th St SW
Washington, DC 20536

USPS Tracking®

FAQs >

Remove X

**Tracking Number:**

**9589071052700180770349**

Copy            Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 11:53 am on April 21, 2025 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

**Delivered**

**Delivered, Left with Individual**

WASHINGTON, DC 20528
April 21, 2025, 11:53 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                        ⌄

USPS Tracking Plus®                                         ⌄

Product Information                                         ⌄

See Less ⌃

Track Another Package

Track Another Package

[Enter tracking or barcode numbers]



LAW OFFICES OF STACY TOLCHIN
776 E. GREEN ST. SUITE 210
PASADENA, CA 91101

Kristi Noem
Secretary
U.S. Department of Homeland Security
Washington, DC 20528