Stacy Tolchin (CA SBN #217431)
*Email: Stacy@Tolchinimmigration.com*
Law Offices of Stacy Tolchin
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile: (213) 622-7233

Khaled Alrabe (CA SBN #349899)
*Email: khaled@nipnlg.org*
National Immigration Project of the
 National Lawyers Guild (NIPNLG)
1763 Columbia Road NW, Suite 175 #896645,
Washington, DC 20009
Telephone: (617) 227-9727 x3
Facsimile: (617) 227-5495

Counsel for Plaintiff
(*continued on next page*)

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENT DOE #2,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; the DEPARTMENT OF HOMELAND SECURITY; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>Defendants. | Case No. 2:25-cv-02993-SPG-SSC<br><br>**COUNSEL'S REQUEST TO PARTICIPATE IN HEARING BY ZOOM**<br><br><br>Hon. Sherilyn Peace Garnett |

Anne Lai (CA SBN #295394)
*Email: alai@law.uci.edu*
UC Irvine School of Law –
 Immigrant Rights Clinic
401 E. Peltason Dr.
Irvine, CA 92697-8000
Telephone: (949) 824-9894
Facsimile: (949) 824-2747

Counsel for Plaintiff

      The Court has set a hearing on Plaintiff's Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Hearing, Dkt. 19, for April 30, 2025 at 11:00a.m. *See* Dkt. 21. As Plaintiff noted in their Reply filed earlier this afternoon, Dkt. 25, Plaintiff's SEVIS record has not been restored and this matter is not moot. Due to a conflict with previously made travel plans, Plaintiff's counsel is not available to attend the hearing in person. Counsel therefore respectfully requests permission from the Court to participate in the hearing by Zoom.

      After conferral pursuant to Local Rule 7-3, Defendants state that they take no position on this request. Defendants' counsel currently plan to appear in person.

Dated: April 25, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *Anne Lai*　　　　　
　　　　　　　　　　　　　　　　　　Anne Lai

　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

1